UNPUBLISHED

**UNITED STATES COURT OF APPEALS**

**FOR THE FOURTH CIRCUIT**

STEVEN E. LANG, on behalf of
himself and others similarly
situated,
<u>Plaintiff-Appellant,</u>

v.

No. 00-1236

NORDSTROM, INCORPORATED,
<u>Defendant-Appellee.</u>

Appeal from the United States District Court
for the Eastern District of Virginia, at Alexandria.
Claude M. Hilton, Chief District Judge.
(CA-99-1175-A)

Submitted: July 25, 2000

Decided: August 9, 2000

Before WILKINS, MOTZ, and KING, Circuit Judges.

_____

Affirmed in part, vacated in part, and remanded by unpublished per
curiam opinion.

_____

**COUNSEL**

Steven E. Lang, Appellant Pro Se. Stephen William Robinson,
MCGUIRE, WOODS, BATTLE & BOOTHE, L.L.P., McLean, Vir-
ginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

_____

**OPINION**

PER CURIAM:

Steven E. Lang appeals from the district court's order dismissing with prejudice Lang's action under the Fair Labor Standards Act, 29 U.S.C.A. §§ 201-219 (West 1998 & Supp. 2000). We find that the district court properly dismissed Lang's action to the extent that he sought to bring a class action because, as a pro se litigant, Lang was not an appropriate class representative. See Oxendine v. Williams, 509 F.2d 1405, 1407 (4th Cir. 1975). To the extent that the district court's order dismissed Lang's individual claims, we vacate the order and remand to allow Lang to pursue his individual claims. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED IN PART, VACATED IN PART, AND REMANDED